```
THAD A. DAVIS (SBN 220503)
thad.davis@ropesgray.com
ROCKY C. TSAI (SBN 221452)
rocky.tsai@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center, Ste 300
San Francisco, California 94111-4006
Tel:  (415) 315-6300
Fax:  (415) 315-6350

HARVEY J. WOLKOFF (Subject to admission *pro hac vice*)
harvey.wolkoff@ropesgray.com
MARK P. SZPAK
mark.szpak@ropesgray.com
LARA A. ORAVEC
lara.oravec@ropesgray.com
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Tel:  (617) 951-7606
Fax:  (617) 235-0215

Attorneys for Defendants
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY NEWMAN III, AARON WESTER, ERIC BELL, DAVID MCELROY, TONY GREER, RAYMOND GROSCH, AMANDA LIGHTAUL, and NICHOLAS MICHAEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC and SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC,<br><br>Defendants, | Case No.  3:11-cv-02434-JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge: Hon. Joseph C. Spero |

26709346_1.DOC

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
RESPOND TO COMPLAINT
CASE NO. 3:11-cv-02434-JCS

1     WHEREAS, defendants Sony Computer Entertainment America LLC ("SCEA") and Sony Network Entertainment International LLC ("SNEI"), as well as certain related entities (collectively, the "Sony Defendants"), have been named as defendants in at least twenty-five (25) putative class action lawsuits within this District, to date;

    WHEREAS, certain of the Sony Defendants have also been named as defendants in at least nineteen (19) putative class action lawsuits pending outside this District, to date;

    WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict Litigation (the "JPML") to centralize this and other matters, to which one response has been filed to date, and as to which other responses, including Sony Defendants' response, are due by June 2, 2011.

    WHEREAS, the parties have agreed to the extension of time herein for the defendants in the above-captioned action to move, answer, or otherwise respond to the Complaint, in order to facilitate the scheduling of this matter in coordination with the schedule for the motion before the JPML;

    NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties, by and through their respective counsel, hereby stipulate as follows:

    The deadline for the defendants to respond to the Complaint in the above-captioned action is extended until and including 30 days after a consolidated complaint is filed in a multidistrict litigation centralizing the above-captioned action with other matters, or if centralization is denied by the JPML, then 30 days from the date of such order denying centralization.

///

1

2   Either party may seek ex parte relief from this stipulated Order for good cause shown,

3   including, but not limited to, Defendants' filing of a responsive pleading in a related case.

4

5   Dated: May 25, 2011                MICHAEL A. CADDELL
                                       CYNTHIA B. CHAPMAN
6                                      CORY S. FEIN
                                       CADDELL & CHAPMAN

7

8                                      By:   /s/ Cory S. Fein /s/    [as authorized]
                                             Cory S. Fein
9
                                       Attorneys for Plaintiffs
10                                     GREGORY NEWMAN, III *et al.*

11

12  Dated: May 25, 2011                HARVEY WOLKOFF
                                       THAD A. DAVIS
13                                     ROCKY C. TSAI
                                       ROPES & GRAY LLP
14

15

16                                     By:   /s/ Rocky C. Tsai /s/
                                             Rocky C. Tsai
17
                                       Attorneys for Defendants
18                                     SONY COMPUTER
                                       ENTERTAINMENT AMERICA LLC;
19                                     SONY NETWORK ENTERTAINMENT
                                       INTERNATIONAL LLC

20                             [PROPOSED] ORDER

21
        PURSUANT TO STIPULATION, IT IS SO ORDERED.
22

23
        Dated:  May 26, 2011           By: _____
24                                         U.S. Magistrate Judge
                                           Judge Joseph C. Spero
25

26

27

28

-2-   STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
      RESPOND TO COMPLAINT
      CASE NO. 3:11-cv-02434-JCS